| | | |
|---|---|---|
| 1 | Jesse J. Jenner (admitted *pro hac vice*) <br> jesse.jenner@ropesgray.com | Sarah Chapin Columbia <br> (to be admitted *pro hac vice*) |
| 2 | Brian P. Biddinger (CSB # 224604) <br> brian.biddinger@ropesgray.com | scolumbia@mwe.com <br> Hasan Rashid (to be admitted *pro hac vice*) |
| 3 | ROPES & GRAY LLP <br> 1211 Avenue of the Americas | hrashid@mwe.com <br> MCDERMOTT WILL & EMERY LLP |
| 4 | New York, NY 10036-8704 <br> Tel: (212) 596-9000 | 28 State Street <br> Boston, MA 02109-1775 |
| 5 | Fax: (212) 596-9090 | Tel: 617-535-4000 <br> Fax: 617-535-3800 |
| 6 | Stephen J. Rosenman (CSB # 170220) <br> stephen.rosenman@ropesgray.com | Russell Hayman (CSB # 110643) |
| 7 | ROPES & GRAY LLP <br> One Metro Center | rhayman@mwe.com <br> Jon Dean (CSB # 184972) |
| 8 | 700 12th Street, NW, Suite 900 <br> Washington, DC 20005-3948 | jdean@mwe.com <br> MCDERMOTT WILL & EMERY LLP |
| 9 | Tel: (202) 508-4600 <br> Fax: (202) 508-4650 | 2049 Century Park East, Suite 3800 <br> Los Angeles, CA 90067-3218 |
| 10 | Gabrielle E. Higgins (CSB # 163179) | Tel: 310-277-4110 <br> Fax: 310-277-4730 |
| 11 | gabrielle.higgins@ropesgray.com <br> ROPES & GRAY LLP | Attorneys for Defendants |
| 12 | 1900 University Avenue, 6th Floor <br> East Palo Alto, CA 94303-2284 | *BLACKBERRY LIMITED* and <br> *BLACKBERRY CORPORATION* |
| 13 | Tel: (650) 617-4000 <br> Fax: (650) 617-4090 | |
| 14 | Attorneys for Defendants | |
| 15 | *SAMSUNG ELECTRONICS CO., LTD.,* <br> *SAMSUNG ELECTRONICS AMERICA, INC.,* | |
| 16 | *and SAMSUNG TELECOMMUNICATIONS* <br> *AMERICA, LLC* | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | | |
|---|---|---|
| | AFFINITY LABS OF TEXAS, LLC, | ) Case No: C-14-2717-YGR |
| | Plaintiff, | ) <br> ) **[PROPOSED] ORDER GRANTING** |
| | v. | ) **ADMINISTRATIVE MOTION TO** <br> ) **CONSIDER WHETHER CASES** |
| | SAMSUNG ELECTRONICS CO., LTD., <br> SAMSUNG ELECTRONICS AMERICA, INC., <br> SAMSUNG TELECOMMUNICATIONS <br> AMERICA, LLC f/k/a SAMSUNG <br> *[caption continued on the following page]* <br> TELECOMMUNICATIONS AMERICA, L.P., <br> HIGH TECH COMPUTER CORP., a/k/a HTC <br> CORP., H.T.C. (B.V.I.) CORP., AND HTC <br> AMERICA, INC., <br> Defendants. | ) **SHOULD BE RELATED** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | A Motion for Administrative Relief to Consider Whether Cases Should be Related per |
| 3 | Civil L.R. 3-12, has been submitted for this Court's consideration. As the Judge assigned to the |
| 4 | earlier-filed case bearing my initials as indicated herein (Case No. C-14-2717-YGR), and as the |
| 5 | Western District of Texas has transferred the cases set forth below to the Northern District of |
| 6 | California (*Affinity Labs of Texas, LLC v. Samsung Electronics Co., Ltd., et al.*, Case No. 6:13- |
| 7 | cv-00364-WSS, D.I. 72 (W.D. Tex. June 10, 2014) and *Affinity Labs of Texas, LLC v.* |
| 8 | *BlackBerry Limited, et al.*, Case No. 6:13-cv-00362-WSS, D.I. 93 (W.D. Tex. June 10, 2014)), |
| 9 | I find that the cases set forth below are related pursuant to Civil L.R. 3-12, and hereby order that |
| 10 | these cases shall be reassigned to me pursuant to Civil L.R. 3-12(f): |

- *Affinity Labs of Texas, LLC v. Samsung Electronics Co., Ltd., et al.*,
  Case No. 6:13-cv-00364-WSS (W.D. Tex.)
- *Affinity Labs of Texas, LLC v. BlackBerry Limited, et al.*,
  Case No. 6:13-cv-00362-WSS (W.D. Tex.)

**IT IS SO ORDERED.**

Dated:_____            _____
                                         The Honorable Yvonne Gonzalez Rogers
                                         United States District Judge