**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AFFINITY LABS OF TEXAS LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**SAMSUNG ELECTRONICS CO., LTD.,** *et al.*,<br><br>   Defendants. | Case No.: 14-CV-2717 YGR<br><br>**ORDER SETTING COMPLIANCE HEARING** |
| **This Order Relates To:**<br><br>   **14-CV-3030 YGR**<br>   **14-CV-3031 YGR** | |

TO ALL PARTIES AND COUNSEL OF RECORD:

At the Case Management Conference held on August 5, 2014, the parties in Case Numbers 14-cv-3030 ("*Samsung II*") and 14-cv-3031 ("*BlackBerry*") stated their intent to attempt to negotiate a stipulated stay in both cases in light of the *Samsung II* defendants' petition for *inter partes* review of U.S. Patent No. 8,532,641, which plaintiff asserts in both *Samsung II* and *BlackBerry*. As stated on the record, the parties to *Samsung II* and *BlackBerry* are **ORDERED** to file on or before **Tuesday, August 12, 2014** either (1) a stipulation to stay or (2) a joint statement that they have not reached a stipulation to stay. Plaintiff is advised that its August 12 deadline to oppose the pending motion to stay *Samsung II* (Dkt. No. 65) remains undisturbed unless a stipulation to stay is reached.

1    A compliance hearing regarding said submission shall be held on the Court's 2:01 p.m.
2    calendar on **Tuesday, August 19, 2014**, in Courtroom 1 of the United States Courthouse located at
3    1301 Clay Street in Oakland, California.  If compliance is complete, the parties need not appear and
4    the compliance hearing will be taken off calendar.
5    The parties are hereby notified that, if no stay issues, the Court may hold a further Case
6    Management Conference concurrently with the August 19 compliance hearing.
7    **IT IS SO ORDERED**.

Date: August 6, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**