**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AFFINITY LABS OF TEXAS LLC,**<br><br>　　　**Plaintiff,**<br><br>　　　**v.**<br><br>**SAMSUNG ELECTRONICS CO., LTD.,** *et al.*,<br><br>　　　**Defendants.** | **Case No.: 14-CV-2717 YGR**<br><br>**ORDER STAYING ACTIONS PENDING *INTER PARTES* REVIEW PROCEEDINGS AND SETTING COMPLIANCE HEARINGS** |
| **This Order Relates To:**<br><br>　　　**14-CV-3030 YGR**<br>　　　**14-CV-3031 YGR** | |

TO ALL PARTIES AND COUNSEL OF RECORD:

As previously ordered, Case No. 4:14-cv-02717-YGR is the lead case in this series of patent cases and all documents shall be filed in this docket.

Pursuant to the Stipulation to Stay Actions Pending *Inter Partes* Review Proceedings, Case Nos. 4:14-cv-03030-YGR and 4:14-cv-03031-YGR are hereby **STAYED** pending final exhaustion of *inter partes* review proceedings IPR2014-01181, IPR2014-01182, and IPR2014-01184 of U.S. Patent No. 8,532,641. Defendants BlackBerry Limited f/k/a Research in Motion Limited, and BlackBerry Corporation will be estopped from asserting that claims 1-3 and 5-14 of U.S. Patent No. 8,532,641 patent are invalid on any ground that was raised or reasonably could have been raised in *inter partes* review proceedings IPR2014-01181, IPR2014-01182, and IPR2014-01184 of

the '641 patent that results in a final written decision under 35 U.S.C. § 318(a). This Order does not preclude any party from moving to reopen these actions.

The parties shall submit a *joint* status report every six months, notifying the Court of the progress of the review proceedings. The first such report shall be filed no later than the first business day of February 2015, with subsequent filings due every six months thereafter, on the first business day of the month.

The Court hereby sets a compliance hearing on its 9:01 a.m. Calendar on **Friday, February 13, 2015**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. At least five business days prior to the date of the compliance hearing, the parties shall file either: (a) their joint status report; or (b) a one-page joint statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

This Order terminates Docket No. 65 in Case No. 13-cv-02717-YGR; terminates Docket No. 94 in Case No. 13-cv-03030-YGR; terminates Docket No. 121 in Case No. 13-cv-03031-YGR; and stays Case Numbers 14-cv-03030-YGR and 14-cv-03031-YGR. The compliance hearing scheduled for Tuesday, August 19, 2014 shall be taken off calendar.

**IT IS SO ORDERED**.

Date: August 14, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**