1  [Counsel Listed on Signature Page]
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                            OAKLAND DIVISION
10

11  AFFINITY LABS OF TEXAS, LLC,           Case Nos: 4:14-cv-02717-YGR (LEAD CASE),
12              Plaintiff,                            4:14-cv-02966-YGR
           v.
13                                          **JURY TRIAL DEMANDED**
    SAMSUNG ELECTRONICS CO., LTD, *et al.*,
14
15              Defendants.
16

17  AFFINITY LABS OF TEXAS, LLC,           Case No: 4:14-cv-03030-YGR
18              Plaintiff,                  **JURY TRIAL DEMANDED**
           v.
19
20  SAMSUNG ELECTRONICS CO., LTD., et al.,
21              Defendants.
22

23  AFFINITY LABS OF TEXAS, LLC,           Case No: 4:14-cv-03031-YGR
                                            **JURY TRIAL DEMANDED**
24              Plaintiff,
           v.
25                                          **JOINT STATUS REPORT**
                                            **Hearing Date: March 13, 2015**
26  BLACKBERRY LIMITED f/k/a                **Time: 9:01 am**
    RESEARCH IN MOTION LIMITED, et al.,     **Courtroom: 1**
27
                Defendants.                 **Judge: Yvonne Gonzalez Rogers**
28

The parties to the above-entitled actions jointly submit this JOINT STATUS REPORT pursuant to the Court's August 1, 2014 Order Granting Motion to Stay Case (14-cv-2717, D.I. 67), August 14, 2014 Order Staying Actions Pending *Inter Partes* Review Proceedings and Setting Compliance Hearing (14-cv-2717, D.I. 72; 14-cv-3030, D.I. 95; 14-cv-03031, D.I. 122), and the January 22, 2015 Order Extending The Date of The Compliance Hearing and Deadline for the Joint Status Report (14-cv-2717, D.I. 77; 14-cv-3030, D. I. 97; 14-cv-3031, D.I. 123).

In its August 1, 2014 Order Granting Motion to Stay Case (14-cv-2717, D.I. 67) and August 14, 2014 Order Staying Actions Pending *Inter Partes* Review Proceedings and Setting Compliance Hearing (14-cv-2717, D.I. 72; 14-cv-3030, D.I. 95; 14-cv-03031, D.I. 122), this Court requested a joint status report "notifying the Court of the progress of the review and reexamination proceedings." The below table sets forth the progress of the review and reexamination proceedings:

| Asserted Patent | USPTO Proceeding | USPTO Proceeding Status |
|---|---|---|
| U.S. Patent No. 7,187,947 (asserted claims: 17 and 19) | *Inter Partes* Reexamination 95/001,262 | Pending in front of the examiner. The examiner has rejected all asserted claims, and indicated that new claim 51 is objected to but would be allowable if rewritten as an independent claim. Affinity Labs filed a Notice of Appeal to the Patent Trial and Appeal Board ("PTAB") on 10/31/14 regarding claims 1-50 and 52-64. |
| | *Ex Parte* Reexamination 90/011,254 | Pending in front of the examiner. The examiner has rejected all asserted claims, and indicated that new claim 51 is objected to but would be allowable if rewritten as an independent claim. Affinity Labs filed a Notice of Appeal to the PTAB on 10/31/14 regarding claims 1-50 and 52-64. |
| U.S. Patent No. 7,324,833 (asserted claims: 1-4, 8-12, 15-18, 22-24) | *Ex Parte* Reexamination 90/010,333 | Pending – On Appeal to PTAB. All asserted claims are rejected. Claims 28-35 are confirmed. New claims 48-49 are allowable. New claims 36, 43, 44, and 47 are objected to but would be allowable if rewritten in independent form. Claims 1-27, 37-42, 45 and 46 are on appeal to PTAB. |
| | *Inter Partes* | Pending – On Appeal to PTAB. All asserted |

| Asserted Patent | USPTO Proceeding | USPTO Proceeding Status |
|---|---|---|
| | Reexamination 95/001,264 | claims are rejected. Claims 28-35 are confirmed. New claims 48-49 are allowable. New claims 36, 43, 44, and 47 are objected to but would be allowable if rewritten in independent form. Claims 1-27, 37-42, 45, and 46 are on appeal to PTAB. |
| | *Inter Partes* Reexamination 95/001,223 | Pending – On Appeal to PTAB. All asserted claims are rejected. The examiner found claims 6-7, 21 allowable and claims 36-47 are objected to but would be allowable if rewritten in independent form. Claims 1-5, 8-20 and 22-27 are on appeal to PTAB. |
| U.S. Patent No. 7,634,228 (asserted claims: 1, 3, 6, 7, 9, 10, 12, 13, and 14) | *Inter Partes* Reexamination 95/001,281 | Pending – On Appeal to PTAB. All asserted claims are rejected. The examiner confirmed asserted claim 6. PTAB rejected claim 6 on appeal. Petition for re-hearing by PTAB pending. |
| | *Ex Parte* Reexamination 90/011,982 | Reexam certificate issued (6/10/14). All asserted claims confirmed. |
| U.S. Patent No. 7,953,390 (asserted claims: 16, 19, and 20) | *Inter Partes* Review 2014-00209 | Pending – Oral Hearing set for 3/10/15 Expected PTAB Decision by 5/20/15 |
| | *Inter Partes* Review 2014-00212 | Pending – Oral Hearing set for 3/10/15 Expected PTAB Decision by 5/20/15 |
| U.S. Patent No. 8,359,007 (asserted claims: 1, 2, 5, 6, 7, 8, and 10) | *Inter Partes* Review 2014-00407 | Pending – Oral Hearing set for 4/1/15 Expected PTAB Decision by 7/21/15 |
| | *Inter Partes* Review 2014-00408 | Pending – Oral Hearing set for 4/1/15 Expected PTAB Decision by 7/21/15 |
| U.S. Patent No. 8,532,641 (asserted claims: 1-3, 5-14) | *Inter Partes* Review 2014-01181 | Pending – Oral Hearing set for 10/28/15 Expected PTAB Decision by 1/30/16 |
| | *Inter Partes* Review 2014-01182 | Pending – Oral Hearing set for 10/28/15 Expected PTAB Decision by 1/30/16 |
| | *Inter Partes* Review 2014-01184 | Pending – Oral Hearing set for 10/28/15 Expected PTAB Decision by 1/30/16 |

On February 27, 2015, Samsung filed two petitions for *inter partes* review of the '641 patent (2015-00820; 2015-00821) and motions for joinder with the previously instituted *inter partes* review proceedings on the '641 patent (2014-01181; 2014-01184).

On February 19, 2015, Affinity Labs filed in this Court a motion for leave to move to reopen for the limited purpose of modifying the prosecution bar. (Case 4:14-cv-02717-YGR,

D.I. 80). This motion is currently pending. Affinity Labs includes reference to this motion because the motion involves the *inter partes* review proceedings. Defendants do not agree that reference to this motion should be included in this update. Defendants will oppose Affinity Labs' motion pursuant to the schedule set forth in the Local Rules.

March 2, 2015                                                         Respectfully Submitted,

By: */s/ Cyrus A. Morton*
Ronald J. Schutz (admitted pro hac vice)
RSchutz@robinskaplan.com
Cyrus A. Morton (admitted pro hac vice)
CMorton@robinskaplan.com
Daniel R. Burgess (admitted pro hac vice)
DBurgess@robinskaplan.com
Shira T. Shapiro (admitted pro hac vice)
SShapiro@robinskaplan.com
Kristine A. Tietz (admitted pro hac vice)
KTietz@robinskaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Tel: (612) 349-8500
Fax: (612) 339-4181

David Martinez (CSB # 193183)
DMartinez@robinskaplan.com
Wesley Wei-Liang Lew (CSB # 222351)
WLew@robinskaplan.com
**ROBINS KAPLAN LLP**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Tel: 310-552-0130
Fax: 310-229-5800

*Attorneys for Plaintiff*
*AFFINITY LABS OF TEXAS, LLC*

| | |
|---|---|
| 1 | By: */s/ Gabrielle E. Higgins* |
| | Stephen J. Rosenman (CA Bar No. 170220) |
| 2 | stephen.rosenman@ropesgray.com |
| | **ROPES & GRAY LLP** |
| 3 | One Metro Center |
| | 700 12th Street, NW, Ste. 900 |
| 4 | Washington, DC. 20005-3948 |
| 5 | Tel: (202) 508-4600 |
| | Fax: (202) 508-4650 |
| 6 | |
| 7 | Gabrielle E. Higgins (CA Bar No. 163179) |
| | gabrielle.higgins@ropesgray.com |
| 8 | **ROPES & GRAY LLP** |
| | 1900 University Ave., 6 FL |
| 9 | East Palo Alto, CA 94303 |
| 10 | Tel: (650) 617-4000 |
| | Fax: (650) 617-4090 |
| 11 | |
| 12 | Jesse Jenner (pro hac vice) |
| | Jesse.jenner@ropesgray.com |
| 13 | Brian P. Biddinger (CA Bar No. 224604) |
| | brian.biddinger@ropesgray.com |
| 14 | **ROPES & GRAY LLP** |
| | 1211 Avenue of the Americas |
| 15 | New York, NY 10036-8704 |
| 16 | Tel: (212) 596-9000 |
| | Fax: (212) 596-9090 |
| 17 | |
| 18 | *Attorneys for Defendants, SAMSUNG ELECTRONICS CO., LTD., SAMSUNG* |
| 19 | *ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS* |
| 20 | *AMERICA, LLC* |
| 21 | |
| | By: */s/ Jerry R. Selinger* |
| 22 | Joe Stevens (CSB # 242495) |
| | jstevens@pattersonsheridan.com |
| 23 | **PATTERSON & SHERIDAN, LLP** |
| | 250 Cambridge Ave., Suite 300 |
| 24 | Palo Alto, CA 94306-1556 |
| | Tel: (650) 330-2310 |
| 25 | Fax: (650) 330-2314 |
| 26 | |
| 27 | |
| 28 | |

**JOINT STATUS REPORT**     **4**
**Case Nos. 4:14-cv-02717-YGR, 4:14-cv-02966-YGR, 4:14-cv-03030-YGR, 4:14-cv-03031-YGR**

| | |
|---|---|
| 1 | Jerry R. Selinger (admitted *pro hac vice*) |
| | jselinger@pattersonsheridan.com |
| 2 | **PATTERSON & SHERIDAN, LLP** |
| | 1700 Pacific Ave, Suite 2650 |
| 3 | Dallas, TX  75201 |
| | Tel: (214) 272-0957 |
| 4 | Fax: 214-296-0256 |
| 5 | **Attorneys for Defendants** |
| | *HTC CORPORATION and* |
| 6 | *HTC AMERICA, INC.* |

By: */s/ Hasan Rashid*
Sarah Chapin Columbia (pro hac vice)
scolumbia@mwe.com
Hasan Rashid (pro hac vice)
hrashid@mwe.com
**MCDERMOTT WILL & EMERY LLP**
28 State Street
Boston, MA 02109-1775
Tel: 617-535-4000
Fax: 617-535-3800

Russell Hayman (CA Bar No. 110643)
rhayman@mwe.com
Jon Dean (CA Bar No. 184972)
jdean@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3800
Los Angeles, CA  90067-3218
Tel: 310-277-4110
Fax: 310-277-4730

*Attorneys for Defendants*
*BLACKBERRY LIMITED and*
*BLACKBERRY CORPORATION*