**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AFFINITY LABS OF TEXAS LLC,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**SAMSUNG ELECTRONICS CO., LTD.,** *et al.***,**<br><br>    **Defendants.** | **Lead Case No.:**  **14-CV-2717 YGR**<br><br>And related cases:  14-CV-2966 YGR<br>14-CV-3030 YGR<br>14-CV-3031 YGR<br><br>**ORDER SETTING COMPLIANCE HEARING** |

In light of the parties' joint status report, filed March 2, 2015 (Dkt. No. 82), the Court hereby **CONTINUES** the compliance hearing set for March 13, 2015 to **Friday, November 6, 2015** on the Court's 9:01 a.m. calendar in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. By **October 30, 2015**, the parties shall file either (a) a joint status report notifying the Court of the progress of the review and reexamination proceedings at issue; or (b) a one-page joint statement setting forth an explanation for their failure to comply.

If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Date: March 12, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**