**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AFFINITY LABS OF TEXAS LLC,**<br><br>        **Plaintiff,**<br><br>        **v.**<br><br>**SAMSUNG ELECTRONICS CO., LTD.,** *et al.***,**<br><br>        **Defendants.** | **Lead Case No.:   14-CV-2717 YGR**<br><br>And related case:   14-CV-2966 YGR<br><br><br>**ORDER TO SHOW CAUSE** |

**TO THE PARTIES AND COUNSEL OF RECORD:**

As the Court has previously noted, Lead Case No. 14-cv-2717 and Related Case No. 14-cv-2966 refer to the same underlying action, which has two case numbers in light of the process by which the docket was transferred piecemeal to this Court. (*See* Dkt. No. 55 at 1-2.) You are **HEREBY ORDERED TO SHOW CAUSE** why Case. No. 14-cv-2966 should not be administratively terminated as duplicative of Lead Case No. 14-cv-2717.

A hearing on this Order to Show Cause will be held on **Friday, April 10, 2015** on the Court's 9:01 a.m. calendar in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. Any objection to the administrative termination of Case No. 14-cv-2966 as duplicative of Lead Case No. 14-cv-2717 must be filed by **April 3, 2015**. If no objection is filed, Case No. 14-cv-2966 shall be administratively terminated and the hearing will be taken off calendar.

**IT IS SO ORDERED**.

Date: March 12, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**