**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AFFINITY LABS OF TEXAS LLC,**<br><br>     Plaintiff,<br><br>     v.<br><br>**SAMSUNG ELECTRONICS CO., LTD.,** *et al.*,<br><br>     Defendants. | Case No.:    **14-CV-2717 YGR**<br><br><br>**ORDER DENYING MOTIONS TO SEAL** |

The parties' administrative motions to seal at Docket Numbers 79 and 85 are hereby **DENIED WITHOUT PREJUDICE**. *See, e.g.*, Civil Local Rule 79-5(d)(1)(A) ("Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable."); Civil Local Rule 79-5(e). Furthermore, the Court notes that certain designated excerpts may not meet the requirements for sealing, and that requests to seal entire documents, rather than portions thereof, may be overbroad. The parties are required to review carefully each request and to provide sufficient support for sealing the material at issue.

This Order terminates Docket Numbers 79 and 85.

**IT IS SO ORDERED**.

Date: March 16, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**