UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFINITY LABS OF TEXAS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.,<br><br>  Defendants. | Case No.  14-cv-02717-YGR (JSC)<br>        14-cv-03030-YGR (JSC)<br>        14-cv-03031-YGR (JSC)<br><br>**UNSEALING ORDER**<br><br>Re: Dkt. No. 101 |

On April 20, 2015, the Court denied Plaintiff's motion for leave to reopen discovery for the limited purpose of modifying the prosecution bar. (Dkt. No. 100.) The Court filed the April 20 Order under seal because various matters referenced therein were filed under seal in this matter. (*Id.* at 9.) However, the Court noted that it was "not persuaded that anything discussed in th[e] Order is in fact confidential and properly sealable" and required Defendants to inform the Court by no later than April 10 what information, if any, within the Order must remain sealed. (*Id.*) Defendants have since filed a notice indicating that they do not intend to request that any portion of the Order be maintained under seal. The Court notes that its Order contains no details of or references to the content of documents filed under seal. Accordingly, the Court orders that its April 20 Order be UNSEALED.

**IT IS SO ORDERED.**

Dated: April 28, 2015

*[signature]*

JACQUELINE SCOTT CORLEY
United States Magistrate Judge