# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AFFINITY LABS OF TEXAS, LLC.,**<br>    Plaintiff,<br>vs.<br>**SAMSUNG ELECTRONICS CO., LTD.,** *et al.*,<br>    Defendants. | **Case No.: 14-CV-02717-YGR (LEAD CASE)** |
| **AFFINITY LABS OF TEXAS, LLC.,**<br>    Plaintiff,<br>vs.<br>**SAMSUNG ELECTRONICS CO., LTD.,** *et al.*,<br>    Defendants. | **Case No.: 14-CV-03030-YGR** |
| **AFFINITY LABS OF TEXAS, LLC.,**<br>    Plaintiff,<br>vs.<br>**BLACKBERRY LIMITED F/K/A RESEARCH IN MOTION LIMITED,** *et al.*,<br>    Defendants. | **Case No.: 14-CV-03031-YGR**<br><br>**ORDER VACATING COMPLIANCE HEARING AND SETTING NEW COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court **VACATES** the compliance hearing set for May 6, 2016. A compliance hearing regarding the progress of the parties' *inter partes* review, *inter partes* reexamination, and *ex parte*

review proceedings shall be held on **Friday, November 18, 2016** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

No later than **November 11, 2016**, the parties shall file either: (i) a JOINT STATUS REPORT notifying the court of the progress of the review and reexamination proceedings; or (ii) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing may be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: May 3, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**